JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXADER BADIO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | NO. CV 21-6409-DMG (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order, filed on August 13, 2021,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: August 13, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1